# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL N. ROLLINS

NO. 2019 KW 1177

**OCT 1 8 2019**

---

In Re:   Michael N. Rollins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. Unknown.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the "motion to be released from bail obligation pursuant to La. C. Cr. P. art. 701B(1)(a); motion for contemporaneous release for violation of La. C. Cr. P. art. 230.2 A., B., et.seq.," to the district court for its consideration. The original of the writ application will be forwarded to the district court clerk of court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT